**E-filed 4/27/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00073 JF |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| ) | UNDER THE SPEEDY TRIAL ACT |
| DANIEL GUADALUPE FLEMATE, ) | |
| ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through Special Assistant U.S. Attorney Matthew Harris, and defendant DANIEL GUADALUPE FLEMATE, by and through his counsel Cynthia, Lie, hereby AGREE AND STIPULATE to CONTINUE the status hearing presently scheduled for April 4, 2006 to April 27, 2006 at 9:00 a.m. The continuance is requested based on the need of defense counsel to examine physical evidence and review various recordings involving defendant's jail phone calls.

The parties therefore AGREE AND STIPULATE that time should be excluded from and including April 4, 2006, through and including April 27, 2006, for continuity of counsel and to provide counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting

//

STIP. & [PROP.] ORDER, CR 05-00073 JF        1

the requested exclusion of time will serve the interests of justice and outweigh the interests of the public and defendant in a speedy trial.

DATED: April 4, 2006

KEVIN V. RYAN
United States Attorney

/s/

MATTHEW HARRIS
Special Assistant U.S. Attorney

/s/

DATED: April 4, 2006

CYNTHIA L. LIE
Counsel for Defendant Daniel Guadalupe Flemate

[~~PROPOSED~~] ORDER

In light of the parties' agreement to exclude time, and based upon the demonstrated need for excludable time, IT IS HEREBY ORDERED THAT: 1) the status hearing scheduled for April 4, 2006 at 9:00 a.m. is CONTINUED until April 27, 2006 at 9:00 a.m.; and 2) the period from and including April 4, 2006 , through and including April 27, 2006 at 9:00 a.m., shall be excluded from all Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   4/27/06

HON. JEREMY FOGEL
United States District Court Judge

STIP. & [PROP.] ORDER, CR 05-00073 JF       2

1  Distribute to:

2  Matthew Harris, SAUSA
   150 Almaden Blvd., Suite 900
3  San Jose, California 95113
   Phone: (408) 535-5037
4  Fax: (408) 535-5081

5

6  Cynthia L. Lie, FPD
   Federal Public Defender
7  160 West Santa Clara Street
   San Jose, CA 95113

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP.] ORDER, CR 05-00073 JF                 3